UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Number: 07-76 (MLC) |
| : | |
| CURTIS G. WHITEFORD, : | |
| DEBRA M. HARRISON, : | |
| MICHAEL B. WHEELER, : | |
| SEYMOUR MORRIS, JR., : | |
| WILLIAM DRIVER, : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S APPLICATION FOR ORDER
PERMITTING SPECIAL AGENTS TO TRANSPORT DEFENDANT**

Comes now the United States of America, by and through its undersigned counsel, and hereby submits this application for an order permitting Special Agents of Immigration and Customs Enforcement ("ICE") and the Special Inspector General for Iraqi Reconstruction ("SIGIR") to take Bruce Hopfengardner (BOP # 28752-016) out of the Philadelphia, PA, Federal Detention Center ("Philadelphia FDC") on Thursday, April 3, 2008, at approximately 8:00 a.m., for the purpose of transporting him back to his assigned correctional facility, the Butner, North Carolina, Federal Correctional Complex ("FCC Butner"), because the criminal trial, United States v. Whiteford, 07-Cr-76 before the Honorable Mary L. Cooper, has been postponed until September 2008.

1. On April 2, 2008, FBI, IRS-CI and ICE agents will be assigned to take the Defendant from the Philadelphia FDC and drive him to FCC Butner, where he will be presented that same day.

1

2. The U.S. Marshals Service has been advised of this application and is assisting in the coordination of this transport.

3. The defendant's attorney has been notified of this transfer and testimony at trial and has no objection.

WHEREFORE, it is respectfully requested that this Court issue an order permitting Special Agents of ICE and SIGIR to take the defendant from the Philadelphia FDC on April 3, 2008, and transport him to the to FCC Butner the same day.

Dated: March 31, 2008

WILLIAM M. WELCH

Acting Chief, Public Integrity Section

/s/

ANN C. BRICKLEY
JOHN P. PEARSON
KATE A. ALBRECHT
Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20005
(202) 514-1412
Ann.brickley@usdoj.gov
John.Pearson@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Number: 07-76 (MLC) |
| CURTIS G. WHITEFORD, : | |
| DEBRA M. HARRISON, : | |
| MICHAEL B. WHEELER, : | |
| SEYMOUR MORRIS, JR., : | |
| WILLIAM DRIVER, : | |
| : | |
| Defendants. : | |
| : | |

### ORDER

Upon consideration, the Government's Application for Order Permitting Special Agents to Transport Defendant is hereby Granted. Special Agents of Immigration and Customs Enforcement ("ICE") and the Special Inspector for Iraqi Reconstruction ("SIGIR") are hereby permitted to take Bruce Hopfengardner (BOP # 28752-016) out of the Philadelphia, PA, Federal Detention Center ("Philadelphia FDC") on Thursday, April 3, 2008, at approximately 8:00 a.m., for the purpose of transporting him back to his assigned correctional facility, the Butner, North Carolina, Federal Correctional Complex ("FCC Butner").

ORDERED this 3/ST day of _____MARCH_____, 2008.

_____Mary L. Cooper_____
HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

3