# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. MARY L. COOPER |
| vs. | Crim. No. 3:07-cr-00076 (MLC) |
| CURTIS G. WHITEFORD, DEBRA M. HARRISON, MICHAEL B. WHEELER, SEYMOUR MORRIS, JR. WILLIAM DRIVER | ORDER AUTHORIZING THE ACQUISITION OF COMPUTER SOFTWARE UNDER THE CRIMINAL JUSTICE ACT |

THIS MATTER having been brought before the Court by Kim Augustus Otis, Esquire, attorney for defendant William Driver, for an Order Authorizing the Acquisition of Computer Software Under the Criminal Justice Act, and FOR GOOD CAUSE SHOWN,

IT IS ORDERED this  18th  day of  DEC. , 2007, that defendant William Driver, having been found to be eligible for services under the Criminal Justice Act (CJA), 18 U.S.C. §3006A, has submitted an *ex parte* application for the approval of CJA funds to purchase computer software, as authorized by subsection (e) of the CJA.

The Court finds, after inquiry and counsel's consultation with the Office of Defender Services of the Administrative Office of the United States Courts, that the software detailed in item 1 is necessary for an adequate defense and constitute unusual or extraordinary expenses.

The Court therefore approves the acquisition of the following item:

1. ISYS Search Software (estimated cost $684.00).

in the amount listed for the item and a total expenditure not to exceed $750.00.

Because this software is for the use of counsel appointed under the Criminal Justice Act and is being purchased with United States government funds, it is further ordered that the approved item is and shall remain the property of the United States. The item is to be used only in the course of the representation of the above-named defendant. Counsel shall use due diligence and care to maintain the property in good condition.

Unless otherwise ordered by the Court, within 30 days after final judgment is entered as to a defendant, appointed counsel for that defendant is directed to return all items acquired under authorization of this Order to a Federal Defender Organization designated by the Office of Defender Services, for assignment by the Office of Defender Services for any other appropriate use under the Criminal Justice Act.

Counsel for the defendant is further instructed that software should be returned with all original disks and manuals.

_____
HON. MARY L. COOPER, U.S.D.J.