UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS G. WHITEFORD,<br>DEBRA M. HARRISON,<br>MICHAEL B. WHEELER,<br>SEYMOUR MORRIS, JR.<br>WILLIAM DRIVER,<br><br>Defendants. | Hon Mary L. Cooper, U.S.D.J<br><br>Crim. No. 3:07-cr-00076 (MLC)<br><br>ORDER |

THIS MATTER being opened to the Court on in limine motion of defendant Michael B. Wheeler, attorney Stephen J. Taylor, Esq. appearing on his behalf, seeking to preclude the government from using a signed factual basis for an unexecuted plea agreement in its cross examination of said defendant; and the parties having advised the Court on the record on March 10, 2008 that they had resolved the matter through mutual consent agreement that the Government will not use the signed factual basis for any purpose in the trial of Michael B. Wheeler,

IT IS on this _21st_ day of _April_, 2008;

**ORDERED** that said motion in limine (dkt. entry 133) is **TERMINATED AS MOOT**.

_____
The Honorable Mary L. Cooper, U.S.D.J.